UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 09CR3823-BTM |
| Plaintiff, ) | |
| v. ) | **ORDER CONTINUING SENTENCING HEARING** |
| ABEL SANCHEZ-LEYVA, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for February 26, 2010, be rescheduled to **Friday, March 12, 2010, at 11:30 a.m.**

**IT IS SO ORDERED.**

DATED: February 25, 2010

*Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge